

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00856-CR

Daniel Miley **SMITH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR2191
Honorable Raymond Angelini, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, we REFORM the judgment to delete Smith's requirement to pay attorney's fees, and AFFIRM the judgment as reformed.

SIGNED November 13, 2013.

_____
Patricia O. Alvarez, Justice